Dexter Antonio SHEPPARD,
Plaintiff–Appellant,

v.

Warden Tim RILEY; Sgt. Derrick McBryar, Defendants–
Appellees.

No. 11–7719.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Dexter Antonio Sheppard, Appellant Pro Se. Stephanie Holmes Burton, Gibbes & Burton, LLC, Spartanburg, South Carolina, for Appellees.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dexter Antonio Sheppard appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sheppard v. Riley*, No. 1:10–cv–02424–CMC, 2011 WL 6002607 (D.S.C. Nov. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*